# United States Bankruptcy Court
## District of Nevada

In re  **Carlton Russell Kirkpatrick**
  **Leigha Kristeen Kirkpatrick**
                                              Debtor(s)

Case No. **09-12769**
Chapter **11**

## Notice of Change of Address

Debtor's Social Security Number:              **xxx-xx-6332**

Joint Debtor's Social Security Number:  **xxx-xx-8662**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Carlton Russell Kirkpatrick and Leigha Kristeen Kirkpatrick**

Street:             **6293 Ebony Legends Ave.**

City, State and Zip:  **Las Vegas, NV 89131**

Telephone #:

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name:              **Carlton Russell Kirkpatrick and Leigha Kristeen Kirkpatrick**

Street:              **8108 Desert Cloud Ave.**

City, State and Zip:  **Las Vegas, NV 89131**

Telephone #:

  **/s/ Carlton Russell Kirkpatrick**
  **Carlton Russell Kirkpatrick**
  Debtor

  **/s/ Leigha Kristeen Kirkpatrick**
  **Leigha Kristeen Kirkpatrick**
  Joint Debtor