CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

KIRKPATRICK, CARLTON RUSSELL

KIRKPATRICK, LEIGHA KRISTEEN

Debtors.

CASE NO.: BK-S 09-12769-LBR
IN CHAPTER 11 PROCEEDINGS

**CERTIFICATE OF SERVICE**

Hearing Date: September 1, 2010
Hearing Time: 1:30 P.M.

    The underlined employee of PIET & WRIGHT certifies that I am, and at all time during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on August 2, 2010, I served the following document(s): **MOTION TO VALUE COLLATERAL, "CRAM DOWN" AND MODIFY RIGHTS OF AMERICAS SERVICING CO. (ACCT. ENDING IN 1193) PURSUANT TO 11 U.S.C. 506(A) AND 1322 AND NOTICE OF HEARING.**

    1.    I served the above-named document(s) by the following means to the person as listed below:

    [X]    a.    By ECF System to the individuals, at the addresses noted, on the attached sheet(s):

    [ ]    b.    By mail service: Regular, first-class United States mail, at the addresses noted, on the attached sheets: (or)

    [X]    c.    By mail service: Certified and Regular first-class United States mail, postage fully prepaid, at the addresses noted, on the attached sheet(s):

1

**AMERICAS SERVICING CO. – CERTIFIED**
Attn: Bankruptcy Dept.
1 Home Campus
Des Moines, IA 50328

**AMERICAS SERVICING CO. as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY – CERTIFIED**
Bankruptcy Department
3476 Stateview Blvd.
Fort Mill, SC 29715

**AMERICAS SERVICING CO. – CERTIFIED**
C/O GREGORY WILDE, ESQ.
212 South Jones Blvd.
Las Vegas, NV 89107

**NEVADA SECRETARY OF STATE**
101 N. Carson St., #3
Carson City, NV 89701-3714

(Served Secretary of State in accordance with NRS 14.030. NRS 14.030 provides that where a foreign entity fails to comply with the registration requirements of NRS 14.020, that the entity is considered served by sending service to the Nevada Secretary of State.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of August, 2010.

_____
An employee of PIET & WRIGHT

## File a Motion:

09-12769-lbr CARLTON RUSSELL KIRKPATRICK and LEIGHA KRISTEEN KIRKPATRICK

Type: bk                      Chapter: 11 v                 Office: 2 (Las Vegas)
Assets: y                     Judge: lbr                    Case Flag: BAPCPA

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from CHARLES T. WRIGHT entered on 8/2/2010 at 1:51 PM PDT and filed on 8/2/2010

**Case Name:**      CARLTON RUSSELL KIRKPATRICK and LEIGHA KRISTEEN KIRKPATRICK
**Case Number:**    09-12769-lbr
**Document Number:** 81

**Docket Text:**
Motion to Value Collateral Property: 3717 Misty Falls St., Las Vegas, Nevada 89129 with Proposed Order Filed by CHARLES T. WRIGHT on behalf of CARLTON RUSSELL KIRKPATRICK, LEIGHA KRISTEEN KIRKPATRICK (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4)(WRIGHT, CHARLES)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** P:\ECF\Kirkpatrick, Carlton Russell & Leigha Kristeen\Kirkpatrick, Mtn2Vlu - Misty Falls.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/2/2010] [FileNumber=16725911-0]
[c60e4649f22abd6fb1926132950b131481c41379488d22c1b5275d06b7ebeee95554
7586c0939644dc85c096a28408f98401dab5b49589086c3937aae210dd0e]]
**Document description:** Exhibit 1
**Original filename:** P:\ECF\Kirkpatrick, Carlton Russell & Leigha Kristeen\Kirkpatrick, Mtn2Vlu - Misty Falls (Exhibit 1).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/2/2010] [FileNumber=16725911-1]
[1ef68ea9bda58d1dcb693a94dd0e31839b451775debb6a099abef77f1ff1a9477021
25f9b285409ab8a984c55d72a1d0167a290140d525253339c3ddf12c0218]]
**Document description:** Exhibit 2
**Original filename:** P:\ECF\Kirkpatrick, Carlton Russell & Leigha Kristeen\Kirkpatrick, Mtn2Vlu - Misty Falls (Exhibit 2).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/2/2010] [FileNumber=16725911-2]
[bd71621fa209928b379e53cb8d06649c3a2f6e76f4cf3b99175692631055cc280523
2e92a0f8339ced4e5934d3d75e267f255cdd60739ac48d10224766e043c4]]
**Document description:** Exhibit 3
**Original filename:** P:\ECF\Kirkpatrick, Carlton Russell & Leigha Kristeen\Kirkpatrick, Mtn2Vlu - Misty Falls (Exhibit 3).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/2/2010] [FileNumber=16725911-3]
[3e09c6ecfcc488c9a6cfbe5d4b955c58c5b1938bbce677af9345bcd9870e00da9b24
07eeef7af0cb9e09edc76a4a565bf19c16a34ae21bdaef9556049ee95fca]]
**Document description:** Exhibit 4
**Original filename:** P:\ECF\Kirkpatrick, Carlton Russell & Leigha Kristeen\Kirkpatrick, Order Mtn2Vlu - Misty Falls.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/2/2010] [FileNumber=16725911-4]
[7771b9ecc4f1a784216a11dd8540a1cbb724f715f3b361b22c91f9b92f2fd58b5a1d
122270383807e8bcb006845bde23ff35851c40553362abdccac713693c8f]]

**09-12769-lbr Notice will be electronically mailed to:**

JACQUELINE A. GRUBER on behalf of Creditor GMAC MORTGAGE, LLC
jgruber@piteduncan.com, ecfnvb@piteduncan.com

EDDIE R. JIMENEZ on behalf of Creditor GMAC MORTGAGE, LLC
ecfnvb@piteduncan.com, ejimenez@piteduncan.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

GREGORY L. WILDE on behalf of Creditor DEUTSCHE BANK NATIONAL ASSOCIATION TRUST
bk@wildelaw.com

CHARLES T. WRIGHT on behalf of Debtor CARLTON KIRKPATRICK
pwlawecf@gmail.com,
tiffany@pietwright.com;veronica@pietwright.com;emily@pietwright.com;Christina@pietwright.com;aimee@pietwright.com

**09-12769-lbr Notice will not be electronically mailed to:**

AMERICA'S SERVICING COMPANY
C/O MCCALLA RAYMER, et al.
Bankruptcy Department
1544 OLD ALABAMA RD
ROSWELL, GA 30076

ROUNDUP FUNDING, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

**File a Notice:**

09-12769-lbr CARLTON RUSSELL KIRKPATRICK and LEIGHA KRISTEEN KIRKPATRICK

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: BAPCPA |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from CHARLES T. WRIGHT entered on 8/2/2010 at 1:52 PM PDT and filed on 8/2/2010
**Case Name:**       CARLTON RUSSELL KIRKPATRICK and LEIGHA KRISTEEN KIRKPATRICK
**Case Number:**    09-12769-lbr
**Document Number:** 82

**Docket Text:**
Notice of Hearing Hearing Date: 09/01/2010 Hearing Time: 1:30 P.M. Filed by CHARLES T. WRIGHT on behalf of CARLTON RUSSELL KIRKPATRICK, LEIGHA KRISTEEN KIRKPATRICK (Related document(s)[81] Motion to Value Collateral filed by Debtor CARLTON RUSSELL KIRKPATRICK, Joint Debtor LEIGHA KRISTEEN KIRKPATRICK) (WRIGHT, CHARLES)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** P:\ECF\Kirkpatrick, Carlton Russell & Leigha Kristeen\Kirkpatrick, Ntc Mtn2Vlu - Misty Falls.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/2/2010] [FileNumber=16725920-0]
[e4335819de71cda2342a9a2289103aeb59b13f0e809b11d484915d94961771bdb31c
d503e1f69375df113ef431e4d327414bced9db0294e36597af1bc03f02da]]

**09-12769-lbr Notice will be electronically mailed to:**

JACQUELINE A. GRUBER on behalf of Creditor GMAC MORTGAGE, LLC
jgruber@piteduncan.com, ecfnvb@piteduncan.com

EDDIE R. JIMENEZ on behalf of Creditor GMAC MORTGAGE, LLC
ecfnvb@piteduncan.com, ejimenez@piteduncan.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

GREGORY L. WILDE on behalf of Creditor DEUTSCHE BANK NATIONAL ASSOCIATION TRUST
bk@wildelaw.com

CHARLES T. WRIGHT on behalf of Debtor CARLTON KIRKPATRICK
pwlawecf@gmail.com,
tiffany@pietwright.com;veronica@pietwright.com;emily@pietwright.com;Christina@pietwright.com;aimee@pietwright.com

**09-12769-lbr Notice will not be electronically mailed to:**

AMERICA'S SERVICING COMPANY
C/O MCCALLA RAYMER, et al.
Bankruptcy Department
1544 OLD ALABAMA RD
ROSWELL, GA 30076

ROUNDUP FUNDING, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221